# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ruben Alejandro Gonzalez-Altamirano,<br>a.k.a: Ruben Alejandro Gonzalez Altamirano,<br>a.k.a.: Ruben Aljejandro Gonzalez,<br>(A201 020 412)<br>*Defendant* | )<br>)<br>) Case No. 17-339 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 19, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ruben Alejandro Gonzalez-Altamirano, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Hidalgo, Texas, on or about December 7, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 21, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 19, 2017, the Phoenix Police Department (PPD) encountered Ruben Alejandro Gonzalez-Altamirano during a traffic stop, in Phoenix, Arizona. PPD Officer Gaxiola suspected Gonzalez-Altamirano to be an enforcement priority, illegally present in the United States, and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer J. Neri-Alvarado telephonically interviewed Gonzalez-Altamirano and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Gonzalez-Altamirano was transported to the Phoenix ICE office for further investigation and processing. Gonzalez-Altamirano was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ruben Alejandro Gonzalez-Altamirano to be a citizen of Mexico and a previously deported criminal alien. Gonzalez-Altamirano was

removed from the United States to Mexico at or near Hidalgo, Texas, on or about December 7, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Gonzalez-Altamirano in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzalez-Altamirano's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ruben Alejandro Gonzalez-Altamirano was convicted of Solicitation to Commit Forgery, a felony offense, on April 2, 2015, in the Superior Court of Arizona, Maricopa County. Gonzalez-Altamirano was sentenced to one (1) year of probation. Gonzalez-Altamirano's criminal history was matched to him by electronic fingerprint comparison.

5. On August 20, 2017, Ruben Alejandro Gonzalez-Altamirano was advised of his constitutional rights. Gonzalez-Altamirano freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 19, 2017, Ruben Alejandro Gonzalez-Altamirano, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the

United States at or near Hidalgo, Texas, on or about December 7, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 21st day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge